UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF SBK ART LLC,<br><br>Petitioner,<br><br>for an Order Pursuant to 28 U.S.C. § 1782 To Take Discovery for Use in Foreign Proceedings. | 26-MC-00303 (PAE) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On June 16, 2026, Petitioner SBK ART LLC filed a petition under 28 U.S.C. § 1782 for the issuance of document and deposition subpoenas to Lazard Inc. ("Lazard"), related to ongoing proceedings in Malta, Croatia, the Netherlands, and the European Union. (ECF 1.) On June 25, 2026, the Honorable Paul A. Engelmayer referred the matter to me. (ECF 5.)

Petitioner is directed to serve Lazard with the petition, all supporting papers, and a copy of this Order by **July 3, 2026**, and to file proof of such service on the docket on the same day. Lazard's response to the petition, if any, is due by **August 3, 2026**. Petitioner's reply, if any, is due by **August 10, 2026.**

DATED:  June 26, 2026
         New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**